IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02085-CMA-MJW

RANDAL ANKENEY,

Plaintiff,

v.

STEVE HARTLEY, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Order for Production of Medical Records (Docket No. 23) is denied. Plaintiff's discovery request is premature. Furthermore, plaintiff can access, view, and copy his medical file through procedures contained in the CDOC's Administrative Regulations, see AR 950-05.

Date: March 18, 2010