IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02085-CMA-MJW

RANDAL ANKENEY,

Plaintiff,

v.

STEVE HARTLEY, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERE**D that the plaintiff's "Judicial Notice of Incorrect Facts" (Docket No. 35), which has been construed as a motion "that the Court allow him leeway in filing deadlines, particularly where he is a pro se party," is **granted in part** to the extent that the court has considered the plaintiff's response to the defendants' motion to dismiss. (See Docket No. 34 at 3, report and recommendation considered all of the submitted motion papers). Despite plaintiff's pro se status, in the future he is expected to comply with all of the local rules and the Federal Rules of Civil Procedure, including deadlines contained therein. Therefore, the court will not grant plaintiff carte blanche to have "leeway in filing deadlines."

Date: April 1, 2010