**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.  09-cv-02085-CMA-MJW          FTR - Courtroom A-502

**Date:**  December 21, 2010                              Courtroom Deputy, Ellen E. Miller

         _Parties_                                                      _Counsel_

RANDAL ANKENEY,                                 Pro Se    (by telephone)
#116116

         Plaintiff(s),

v.

DR. TIM CREANY,                                   Robert C. Huss    (by telephone)
NURSE PRACTITIONER KLENKE, and
NURSE PRACTITIONER HIBBS,

         Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:    **TELEPHONIC  MOTIONS  HEARING**
**Court in Session:**    2:00 p.m.
Court calls case.  Appearances of _Pro Se_ Plaintiff and defense counsel.


**It is ORDERED:**          Plaintiff's   MOTION TO COMPEL EXPERT REPORT [Docket No.  **62,**
                           Filed November 19, 2010]  is  **DENIED** for reasons as set forth on the
                           record.


**It is ORDERED:**          At the request of the Plaintiff , Plaintiff's MOTION TO DISQUALIFY
                           EXPERT WITNESSES [Docket **63**, Filed November 19, 2010] is
                           **WITHDRAWN** for reasons as set forth on the record.


**It is ORDERED:**          At the request of the Defendants,  Defendants' MOTION FOR
                           PROTECTIVE ORDER UNDER F.R.C.P. [sic] 26(c) [Docket No.  **68,** Filed
                           November 26, 2010] is **WITHDRAWN** for reasons as set forth on the
                           record.


**It is ORDERED:**          Plaintiff's MOTION FOR COST OF DEPOSITIONS [Docket No. **71**, Filed
                           December 13, 2010] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**    Plaintiff's MOTION FOR HEARING TO SCHEDULE DEPOSITIONS [Docket No. **72,** Filed December 13, 2010] is **GRANTED** for reasons as set forth on the record.

It is noted the following deposition schedule is currently set:
Deposition of   Dr. Tim Creany is set  December 29, 2010 at 9:00 a.m.
Deposition of   Nurse Practitioner Klenke is set December 29, 2010  at 1:00 p.m.
Deposition of   Nurse Practitioner Hibbs   is set December 29, 2010  at 3:00 p.m.

Plaintiff shall notify Mr. Huss **on or before  December  22,  2010** of the name of the court reporter hired by Mr. Ankeney for the depositions.

**It is ORDERED:**    At the request of Plaintiff,  Plaintiff's MOTION FOR ORDER TO TRANSPORT ANKENEY TO DEPOSITION [Docket No. **73**, Filed December 13, 2010] is **WITHDRAWN** for reasons as set forth on the record.

**It is ORDERED:**    At the request of Plaintiff,  Plaintiff's SECOND MOTION TO ISSUE SUBPOENA OF DR.  PAULA FRANTZ [Docket No. **75,** Filed December 13, 2010] is **WITHDRAWN** for reasons as set forth on the record.

Defendants have agreed to make Dr. Frantz available for deposition at the Fremont Correctional Facility between JANUARY 03, 2011 and JANUARY 12, 2011.

Hearing concluded.
**Court in recess:**   2:29   p.m.
Total In-Court Time 00: 29

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or     Toll Free    1-800-962-3345.