IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02085-WJM-MJW

RANDAL ANKENEY,

Plaintiff,

v.

DR. TIM CREANY,
NURSE PRACTITIONER KLENKE, and
NURSE PRACTITIONER HIBBS,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Defendants' Motion to Vacate Final Pre-Trial and Settlement Conferences (Docket No. 136) is granted.  It is thus further

    **ORDERED** that the Settlement Conference and Final Pretrial Conference set on July 19, 2011, at 2:30 p.m. are vacated.

Date:   July 7, 2011