IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02085-WJM-MJW

RANDAL ANKENEY,

Plaintiff,

v.

DR. TIM CREANY,
NURSE PRACTITIONER KLENKE, and
NURSE PRACTITIONER HIBBS,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Compel Continuing Discovery (Docket No. 153) is denied.

In this motion, plaintiff seeks a court order compelling the defendants to comply with Fed. R. Civ. P. 26(e) and to supplement their discovery with his "medical file and the results of Dr. Creany's [recent examination] [which] must be disclosed to [plaintiff], as must any and all documents relating to the denial of Dr. Creany's recommendation." (Docket No. 153 at 2, ¶ 7).  Defendants correctly note in their response (Docket No. 156), however, that the plaintiff's medical file is available for his personal inspection. See CDOC Administrative Regulations 950-02 and 950-05 (attached as exhibits to Docket No. 152).  Therefore, this court finds that defendants need not supplement their discovery with the requested materials.

Date:   November 4, 2011