IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02085-WJM-MJW

RANDAL ANKENEY,

Plaintiff,

v.

DR. TIM CREANY,
NURSE PRACTITIONER KLENKE, and
NURSE PRACTITIONER HIBBS,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Second Motion to Compel Supplemental Discovery (Docket No. 158) is denied.  In that motion, plaintiff argues that this court's Minute Order (Docket No. 157) concerning plaintiff's Motion to Compel Continuing Discovery (Docket No. 153) is erroneous, but such an argument should not be made in a new motion but in objections filed pursuant to Fed. R. Civ. P. 72(a).

Date:   November 16, 2011