**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 09-cv-02085-WJM-MJW

RANDAL ANKENEY,

        Plaintiff,

v.

ARISTEDES ZAVARAS, E.D. of C.D.O.C.,
STEVE HARTLEY, Warden of Fremont,
TIM CREANY, Fremont Doctor,
NURSE PRACTITIONER KLENKE, N.P.,
NURSE PRACTITIONER HIBBS, N.P.,
ANTHONY A. DECESARO, Grievance Officer, and
JOHN DOE, Grievance Officer,

        Defendants.

---

### ORDER TO CURE DEFICIENCY

---

    Plaintiff submitted a Notice of Appeal on February 14, 2012. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**

    <u>X</u>    is not submitted


**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.**

    **§ 1915 and Fed. R. App. P. 24**:

    <u>X</u>    is not submitted

1

__    is missing affidavit

__    is missing certified copy of prisoner's trust fund statement for the 6-month

      period immediately preceding this filing

__    is missing required financial information

__    is missing an original signature by the prisoner

__    is not on proper form (must use the court's current form)

__    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated this 16th day of February, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge

2