IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02085-WJM-MJW

RANDAL ANKENEY,

Plaintiff,

v.

DR. TIM CREANY,
NURSE PRACTITIONER KLENKE, and
NURSE PRACTITIONER HIBBS,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion/Petition for Permission to Appeal (Docket No. 182) is denied as moot in view of plaintiff's filing of a Notice of Appeal (Docket No. 181).  It is further

**ORDERED** that the plaintiff's Motion for Retention of Record (Docket No. 183) is denied.  The Clerk of the Court will transmit an electronic record on appeal in accordance with the Tenth Circuit's local rules.  The plaintiff will receive correspondence from the Clerk of the Court when such action is taken.  If plaintiff requires a copy of any of the documents electronically transmitted (which he should already have as they would be documents already filed in this action), he may request a copy from and remit the requisite payment to the Clerk of Court.  It is further

**ORDERED** that the Motion for Clerk to Prepare Record (Docket No. 184) is denied as unnecessary.  The Clerk will transmit the electronic record in due course.

Date:    February 24, 2012